UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VEP BIOTECH LTD.,

                      Plaintiff,

           v.

QUADRANT BIOSCIENCES, INC.,

                    Defendant.

**CONSENT JUDGMENT**

Civil Action No.
5:23-cv-01428 (GTS/ML)

Pursuant to FED. R. CIV. P. 54 and upon the consent of Plaintiff VEP Biotech Ltd. ("VEP") and Defendant Quadrant Biosciences, Inc. ("QBI") (collectively, the "Parties"), it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Court has subject matter jurisdiction over this suit for breach of contract;

**ORDERED, ADJUDGED, and DECREED** that the Court has personal jurisdiction over the Parties;

**ORDERED, ADJUDGED, and DECREED** that VEP shall have judgment against QBI in the amount of five million one hundred fifty thousand and 00/100 dollars ($5,150,000.00) for its breach of contract claim against QBI in this action;

**ORDERED, ADJUDGED, and DECREED** that QBI shall take nothing from VEP in connection with QBI's breach of contract counterclaim against VEP in this action;

**ORDERED, ADJUDGED, and DECREED** that the Parties shall pay their own costs, expenses, and attorneys' fees in this action; and

**ORDERED, ADJUDGED, and DECREED** that this Order fully and finally disposes of all claims between the Parties, and any relief not granted herein is denied.

18710835

**IT IS SO CONSENTED.**

Dated:    November 25, 2024                       Dated:    November 26, 2024

REED SMITH LLP                                    BOND, SCHOENECK & KING, PLLC

By:    /s/ Andrew S. Wong (w/permission)   By:    /s/ Brian J. Butler
           Andrew S. Wong (704936)                    Brian J. Butler (510105)
                                                      Liza R. Magley (519849)

355 S. Grand Avenue – Suite 2900           One Lincoln Center
Los Angeles, California 90071              Syracuse, New York 13202
Telephone:   213-457-8000                  Telephone:    315-218-8226
Email:        andrew.wong@reedsmith.com    Email:        butlerb@bsk.com
                                                         lmagley@bsk.com

         Benjamin C. Watson (704934)
599 Lexington Avenue, 22nd Floor           HUSCH BLACKWELL LLP
New York, New York 10022
Telephone:   212-521-5400                           Timothy P. Ribelin (*pro hac vice*)
Email:        bwatson@reedsmith.com        111 Congress Avenue – Suite 1400
                                           Austin, Texas 78701
*Attorneys for VEP Biotech Ltd.*           Telephone:    512-479-1153
                                           Email:        tim.ribelin@huschblackwell.com

                                                    Brandon S. Stein (*pro hac vice*)
                                           2415 E. Camelback Road – Suite 500
                                           Phoenix, Arizona 85016
                                           Telephone:    480-824-7890
                                           Email:        brandon.stein@huschblackwell.com

                                           *Attorneys for Quadrant Biosciences, Inc.*


**IT IS SO ORDERED**.

Dated: December  2, 2024            SO ORDERED:
          Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

18710835